IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, AND MERCK SHARP & DOHME LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, AND HETERO USA INC.,<br><br>Defendants. | C.A. No. 25-479-GBW |

**DEFENDANT CHANGZHOU PHARMACEUTICAL FACTORY'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendant Changzhou Pharmaceutical Factory states that Shanghai Pharmaceuticals Holding Co., Ltd., a publicly held corporation, owns more than 10% of SPH Changzhou Pharmaceutical Co., Ltd. and SPH Changzhou Pharmaceutical Co., Ltd. owns more than 10% of Changzhou Pharmaceutical Factory.

|  |  |
|---|---|
| Dated: July 29, 2025 | **SMITH, KATZENSTEIN & JENKINS LLP** |
| *Of Counsel:* | */s/ Neal C. Belgam* |
|  | Neal C. Belgam (No. 2721) |
| Howard Wang | Daniel A. Taylor (No. 6934) |
| **RIMON, P.C.** | 1000 N. West Street, Suite 1501 |
| 100 Overlook Center, 2nd Floor | Wilmington, DE 19801 |
| Princeton, NJ 08540 | (302) 652-8400 |
| (609) 931-4994 | nbelgam@skjlaw.com |
| howard.wang@rimonlaw.com | dtaylor@skjlaw.com |
|  | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |