# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC, <br>     Plaintiffs, <br><br> v. <br><br> CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC., <br><br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 25-479-GBW |

## DEFENDANTS MSN LABORATORIES PRIVATE LIMITED AND MSN PHARMACEUTICALS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc., by and through their undersigned attorneys, make the following disclosure:

MSN Pharmaceuticals, Inc. is a wholly owned subsidiary of MSN Laboratories Private Limited.

MSN Laboratories Private Limited is privately held and no public entity owns 10% or more of its stock.

| | |
|---|---|
| Dated: July 29, 2025 | /s/ Kenneth L. Dorsney |
| | Kenneth L. Dorsney (#3726) |
| *Of Counsel*: | Cortlan S. Hitch (#6720) |
| | MORRIS JAMES LLP |
| Elaine H. Blais | 500 Delaware Avenue, Suite 1500 |
| Srikanth K. Reddy | Wilmington, DE 19801 |
| Eric T. Romeo | (302) 888-6800 |
| GOODWIN PROCTER LLP | kdorsney@morrisjames.com |
| 100 Northern Avenue | chitch@morrisjames.com |
| Boston, MA 02210 | |
| (617) 570-1000 | *Attorney for Defendants* |
| EBlais@goodwinlaw.com | *MSN Laboratories Private Limited and* |
| SReddy@goodwinlaw.com | *MSN Pharmaceuticals, Inc.* |
| ERomeo@goodwinlaw.com | |

2