

Daniel M. Silver
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-984-6399

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King St.
8th Fl
Wilmington, DE 19801

www.mccarter.com

August 29, 2025

**VIA CM/ECF**

The Honorable Gregory B. Williams
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26, Room 6124
Wilmington, DE 19801-3555

**Re:** *Adverio v. Changzhou, et al.*, **C.A. No. 25-479-GBW**

Dear Judge Williams:

  We write jointly on behalf of the parties in this action pursuant to the Court's July 23, 2025, Oral Order (D.I. 34) regarding the parties' proposed Scheduling Order. The parties hereby submit a proposed Order for the Court's approval.

  The proposed Order presents two disputes, the first regarding the need for a provision specifically governing depositions of party-represented witnesses (¶ 3(e)(iv)), and the second regarding the deadline for the production of samples (¶ 3(h)).

  Other than filling in the blanks (e.g., party names, dates, and number of discovery requests) and those disputes reflected above, the only deviations from the Court's form scheduling order for Patent (ANDA) Bench Trial cases are as follows:

- The parties agree to exchange Rule 26(a)(1) disclosures ten days (rather than five days) after entry of the Proposed Scheduling Order (¶ 1);

- The parties have specified the number of common and individual Requests for Admission permitted for each side (¶ 3(c));

- The parties have specified the number of common and individual Interrogatories permitted for each side (¶ 3(d));

- The parties have specified additional terms governing the limitations on hours for depositions (¶ 3(e)(i)) and location of depositions (¶ 3(e)(ii));

August 29, 2025
Page 2

- The parties have specified a date by which Plaintiffs will disclose which of the named inventors are still employed by Plaintiffs and which of the named inventors no longer employed by Plaintiffs are represented by Plaintiffs' counsel (¶ 3(e)(iii));

- The parties have modified the date for providing experts' availability for deposition from the date of the submission of the expert reports to the deadline for reply expert reports (¶ 3(f)(i));

- The parties have added a section governing the production of Defendants' ANDA samples and Plaintiffs' NDA samples, but have a dispute regarding the deadline for such production (¶ 3(h));

- The parties have specified that depositions of expert witnesses are excluded from the hours limitation on deposition discovery (¶ 4(e)(i));

- The parties have agreed to meet and confer regarding whether a technology tutorial is necessary to aid the Court following the service of Plaintiffs' reply claim construction brief (¶ 6);

- The parties agree to submit a joint letter to the Court no later than the date of their Joint Claim Construction Brief (rather than Defendants' Answering Claim Construction Brief), notifying the Court (i) whether they request leave to present testimony at the hearing; and (ii) the amount of time they are request be allocated to them for the hearing (¶ 9); and

- The parties agree to submit to the Court an application for a protective order within thirty days (rather than ten days) after the entry of the Proposed Scheduling Order (¶ 16).

Respectfully submitted,

/s/ Daniel M. Silver

Daniel M. Silver (#4758)

cc: Counsel of Record (via CM/ECF and E-Mail)