IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 25-479-GBW |

## STIPULATION TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time for Defendant Teva Pharmaceuticals, Inc. to move, plead, or otherwise respond to the Complaint (D.I. 1) is extended through and including October 17, 2025.

| | |
|---|---|
| */s/ Daniel M. Silver* <br> Daniel M. Silver (No. 4578) <br> Alexandra M. Joyce (No. 6423) <br> MCCARTER & ENGLISH, LLP <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, Delaware 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br> *Attorneys for Plaintiffs Adverio Pharma GmbH, Bayer AG, MSD Pharma GmbH and Merck Sharp & Dohme LLC* | */s/ Karen E. Keller* <br> Karen E. Keller (No. 4489) <br> Nathan R. Hoeschen (No. 6232) <br> Virginia K. Lynch (No. 7423) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> (302) 298-0700 <br> kkeller@shawkeller.com <br> nhoeschen@shawkeller.com <br> glynch@shawkeller.com <br> *Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

Dated: September 16, 2025

SO ORDERED this _____ day of _____, 2025.

>                               _____
>                               United State District Judge