# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, AND MERCK SHARP & DOHME LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, AND HETERO USA INC.,<br><br>　　　　Defendants. | C.A. No. 25-479-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 29, 2025, Defendant Changzhou Pharmaceutical Factory ("Changzhou"), served its initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on the following counsel for Plaintiffs via electronic mail:

Daniel M. Silver
Alexandra M. Joyce
**MCCARTER & ENGLISH, LLP**
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Dov P. Grossman<br>
Stanley E. Fisher<br>
Kathryn S. Kayali<br>
Chorong Song<br>
Anna Searle<br>
**WILLIAMS & CONNOLLY LLP**<br>
680 Maine Avenue SW,<br>
Washington, DC 20024<br>
(202) 434-5000<br>
dgrossman@wc.com<br>
sfisher@wc.com<br>
kkayali@wc.com<br>
csong@wc.com<br>
asearle@wc.com

Dated:  September 29, 2025

**SMITH, KATZENSTEIN & JENKINS LLP**

<u>/s/ Daniel A. Taylor</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Attorneys for Defendant Changzhou Pharmaceutical Factory*