## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC.,<br><br>  Defendants. | C.A. No. 25-479 (GBW) |

### NOTICE OF SERVICE

  The undersigned hereby certifies that copies of the following document:

**MSN'S RULE 26(a)(1) INITIAL DISCLOSURES**

were served upon the attorneys listed below via electronic mail on this 29th day of September,

2025 prior to 5:00 p.m. Eastern:

| | |
|---|---|
| Daniel Silver<br>Alexandra Joyce<br>MCCARTER & ENGLISH LLP<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs* | Dov P. Grossman<br>Stanley E. Fisher<br>Kathryn S. Kayali<br>Anna Searle<br>Chorong Song<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW,<br>Washington DC 20024<br>agrossman@wc.com<br>sfisher@wc.com<br>kkayali@wc.com<br>asearle@wc.com<br>csong@wc.com<br><br>*Attorneys for Plaintiffs* |

Dated: September 29, 2025

       */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*MSN Laboratories Private Limited and*
*MSN Pharmaceuticals, Inc.*

2