# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC,<br><br>              Plaintiffs,<br><br>      v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC.,<br><br>              Defendants. | C.A. No. 25-479-GBW |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the time for the parties to file a proposed protective order is extended to November 17, 2025 (from November 3, 2025).

ME1\58720812.v1

November 3, 2025

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | COZEN O'CONNOR |
| */s/ Alexandra M. Joyce* | */s/ Kaan Ekiner* |
| Daniel M. Silver (#4758) | Kaan Ekiner (#5607) |
| Alexandra M. Joyce (#6423) | 1201 North Market Street |
| Renaissance Centre | Suite 1001 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | 302-295-2046 |
| (302) 984-6300 | kekiner@cozen.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Attorneys for Defendants Annora Pharma Private Limited and Hetero USA Inc.* |
| *Attorneys for Plaintiffs* | |
| SHAW KELLER LLP | SMITH, KATZENSTEIN & JENKINS LLP |
| */s/ Nathan R. Hoeschen* | */s/ Daniel Taylor* |
| Karen E. Keller (#4489) | Neal C. Belgam (#2721) |
| Nathan R. Hoeschen (#6232) | Daniel Taylor (#6934) |
| Virginia K. Lynch (#7423) | 1000 N. West Street, Suite 1501 |
| I.M. Pei Building | Wilmington, DE 19899-0410 |
| 1105 North Market Street, 12th Floor | 302-504-1681 |
| Wilmington, DE 19801 | nbelgam@skjlaw.com |
| (302) 298-0700 | dtaylor@skjlaw.com |
| kkeller@shawkeller.com | |
| nhoeschen@shawkeller.com | *Attorneys for Defendant Changzhou Pharmaceutical Factory* |
| glynch@shawkeller.com | |
| *Attorneys for Defendants Teva Pharmaceuticals, Inc.* | |

| PHILLIPS, MCLAUGHLIN & HALL, P.A. | MORRIS JAMES LLP |
|---|---|
| */s/ John C. Phillips, Jr.* | */s/ Kenneth L. Dorsney* |
| John C. Phillips, Jr. (#110) | Kenneth L. Dorsney (#3726) |
| Megan C. Haney (#5016) | Cortlan S. Hitch (#6720) |
| 1200 N. Broom St | 3205 Avenue North Boulevard |
| Wilmington, DE 19806 | Suite 100 |
| 302-655-4200 | Wilmington, DE 19803 |
| jcp@pmhdelaw.com | 302-888-6855 |
| mch@pmhdelaw.com | kdorsney@morrisjames.com |
| | chitch@morrisjames.com |

*Attorneys for Defendants Torrent Pharmaceuticals Ltd.nd Torrent Pharma Inc.*

*Attorneys for Defendants MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc.*

**SO ORDERED**, this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

ME1\58720812.v1