IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 25-479-GBW |
| CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

The parties hereby stipulate and agree, subject to the approval of the Court, that the time

for Defendant Teva Pharmaceuticals, Inc. to move, plead, or otherwise respond to the Complaint

(D.I. 1) is extended through and including December 17, 2025.

| | |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Karen E. Keller* |
| Daniel M. Silver (No. 4578) | Karen E. Keller (No. 4489) |
| Alexandra M. Joyce (No. 6423) | Nathan R. Hoeschen (No. 6232) |
| MCCARTER & ENGLISH, LLP | Virginia K. Lynch (No. 7423) |
| Renaissance Centre | SHAW KELLER LLP |
| 405 N. King Street, 8th Floor | I.M. Pei Building |
| Wilmington, Delaware 19801 | 1105 North Market Street, 12th Floor |
| (302) 984-6300 | Wilmington, DE 19801 |
| dsilver@mccarter.com | (302) 298-0700 |
| ajoyce@mccarter.com | kkeller@shawkeller.com |
| *Attorneys for Plaintiffs Adverio Pharma* | nhoeschen@shawkeller.com |
| *GmbH, Bayer AG, MSD Pharma GmbH and* | glynch@shawkeller.com |
| *Merck Sharp & Dohme LLC* | *Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

Dated: November 14, 2025

SO ORDERED this _____ day of _____, 2025.

_____
United State District Judge