IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC.,<br><br>　　　　　　　Defendants. | C.A. No. 25-479-GBW |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **Plaintiffs' Disclosures Pursuant to Paragraph 3 of the District of Delaware Default Standard for Discovery** were caused to be served on December 3, 2025 on the following counsel in the manner indicated:

### VIA EMAIL:

Kaan Ekiner
COZEN O'CONNOR
1201 North Market Street
Suite 1001
Wilmington, DE 19801
302-295-2046
kekiner@cozen.com

1

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M. Street, N.W., Suite 500
Washington DC 20036
(202) 912-4837
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich St., 55th Flr.
New York, NY 10007
(212) 883-2258
kschaubert@cozen.com

Madison H. McNulty
Anna Pedraza
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-5562
mmcnulty@cozen.com
apedraza@cozen.com

*Attorneys for Defendants Annora Pharma Private Limited and Hetero USA Inc.*

Karen E. Keller
Nathan R. Hoeschen
Virginia K. Lynch
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
glynch@shawkeller.com

Michael Johnson
Heather M. Schneider
Eric L. Saunders
Jason N. Zaccaro
GEMINI LAW LLP
32 West 39th Street
New York, NY 10018
(917) 915-8832
mjohnson@geminilaw.com
hschneider@geminilaw.com
esaunders@geminilaw.com
jzaccaro@geminilaw.com

*Attorneys for Defendants Teva Pharmaceuticals, Inc.*

Neal C. Belgam
Daniel Taylor
SMITH, KATZENSTEIN & JENKINS LLP
1000 N. West Street
PO Box 410
Suite 1501
Wilmington, DE 19899-0410
302-504-1681
nbelgam@skjlaw.com
dtaylor@skjlaw.com

H. Howard Wang
RIMON, P.C.
100 Overlook Center, 2nd Flr.
Princeton, NJ 08540
(609) 931-4994
howard.wang@rimonlaw.com

*Attorneys for Defendant Changzhou Pharmaceutical Factory*

John C. Phillips , Jr.
Megan C. Haney
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom St
Wilmington, DE 19806
302-655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

Sailesh K. Patel
Helen H. Ji
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
(312) 258-5500
sailesh.patel@afslaw.com
helen.ji@afslaw.com

Saukshmya Trichi
ARENTFOX SCHIFF LLP
1717 k. St. NW
Washington, DC 2006
(202) 857-6000
saukshmya@trichi@afslaw.com

*Attorneys for Defendants Torrent Pharmaceuticals Ltd.
and Torrent Pharma Inc.*

Kenneth Laurence Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
302-888-6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Kristin M. Beale
Elaine Herrmann Blais
Srikanth K. Reddy
Eric T. Romeo
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1592
kbeale@goodwinlaw.com
eblais@goodwinlaw.com
sreddy@goodwinlaw.com
eromeo@goodwinlaw.com

4

Kelly Grosshuesch
GOODWIN PROCTER LLP
1900 N. Street NW
Washington, DE 20036
(202) 346-4096
kgrosshuesch@goodwinlaw.com

Amy Tso
GOODWIN PROCTER LLP
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
(213) 426-2593
atso@goodwinlaw.com

*Attorneys for Defendants MSN Laboratories Private Limited
and MSN Pharmaceuticals, Inc.*

| | |
|---|---|
| DATED: December 3, 2025 | MCCARTER & ENGLISH, LLP |
| | */s/ Alexandra M. Joyce* |
| OF COUNSEL: | Daniel M. Silver (#4758) |
| | Alexandra M. Joyce (#6423) |
| Dove P. Grossman | Renaissance Centre |
| Stanley E. Fisher | 405 N. King Street, 8th Floor |
| Kathryn S. Kayali | Wilmington, Delaware 19801 |
| Anna Searle | (302) 984-6300 |
| Chorong Song | dsilver@mccarter.com |
| WILLIAMS & CONNOLLY LLP | ajoyce@mccarter.com |
| 680 Maine Avenue SW, | |
| Washington, DC 20024 | *Attorneys for Plaintiffs* |
| (202) 434-5000 | |
| dgrossman@wc.com | |
| sfisher@wc.com | |
| kkayali@wc.com | |
| asearle@wc.com | |
| csong@wc.com | |