IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) C.A. No. 25-479-GBW |
| CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC., | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

Defendant Teva Pharmaceuticals, Inc. ("Teva") and Plaintiffs by and through their undersigned counsel, and subject to the approval of the Court, hereby stipulate and agree that the deadline for Teva to serve Paragraph 3 disclosures is hereby extended to and through January 2, 2026.

| | |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Virginia K. Lynch |
| Daniel M. Silver (No. 4578) | Karen E. Keller (No. 4489) |
| Alexandra M. Joyce (No. 6423) | Nathan R. Hoeschen (No. 6232) |
| MCCARTER & ENGLISH, LLP | Virginia K. Lynch (No. 7423) |
| Renaissance Centre | SHAW KELLER LLP |
| 405 N. King Street, 8th Floor | I.M. Pei Building |
| Wilmington, Delaware 19801 | 1105 North Market Street, 12th Floor |
| (302) 984-6300 | Wilmington, DE 19801 |
| dsilver@mccarter.com | (302) 298-0700 |
| ajoyce@mccarter.com | kkeller@shawkeller.com |
| *Attorneys for Plaintiffs Adverio Pharma GmbH, Bayer AG, MSD Pharma GmbH and Merck Sharp & Dohme LLC* | nhoeschen@shawkeller.com |
| | glynch@shawkeller.com |
| | *Attorneys for Defendant Teva Pharmaceuticals, Inc.* |

Dated: December 3, 2025

               SO ORDERED this _____ day of _____, 2025.

                                        _____
                                        UNITED STATES DISTRICT COURT JUDGE