IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC,<br><br>                    Plaintiffs,<br><br>v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC.,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 25-479-GBW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 3, 2025, a true and correct copy of Defendants Annora Pharma Private Limited and Hetero USA, Inc.'s Initial Disclosures Pursuant to Paragraph 3 of the District of Delaware Default Standard for Discovery, Including Discovery of Electronically Stored Information ("ESI") was served on the following counsel of record for Plaintiffs by email:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>McCarter & English LLP<br>Renaissance Centre<br>405 N. King St., 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | Dov P. Grossman<br>Stanley E. Fisher<br>Kathryn S. Kayali<br>Anna Searle<br>Chorong Song<br>Williams & Connolly LLP<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>dgrossman@wc.com<br>sfisher@wc.com<br>kkayali@wc.com |

                                        asearle@wc.om
                                        csong@wc.com

| | |
|---|---|
| Dated: December 3, 2025 | Respectfully submitted, |
| | |
| | /s/ Kaan Ekiner |
| | Kaan Ekiner (#5607) |
| | COZEN O'CONNOR |
| Of Counsel: | 1201 N. Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| W. Blake Coblentz | (302) 295-2046 |
| Aaron S. Lukas | kekiner@cozen.com |
| COZEN O'CONNOR | |
| 2001 M Street, N.W., Suite 500 | *Attorneys for Defendants Annora Pharma* |
| Washington, DC 20036 | *Private Limited and Hetero USA, Inc.* |
| (202) 912-4800 | |
| wcoblentz@cozen.com | |
| alukas@cozen.com | |
| | |
| Keri L. Schaubert | |
| COZEN O'CONNOR | |
| 3 WTC, 175 Greenwich Street, 55th Floor | |
| New York, NY 10007 | |
| (212) 509-9400 | |
| kschaubert@cozen.com | |
| | |
| Madison H. McNulty | |
| Anna Pedraza | |
| COZEN O'CONNOR | |
| One Liberty Place | |
| 1650 Market Street, Suite 2800 | |
| Philadelphia, PA 19103 | |
| (215) 665-2000 | |
| mmcnulty@cozen.com | |
| apedraza@cozen.com | |