IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK, SHARP & DOHME LLC, | ) ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 25-479-GBW |
| v. | ) ) |
| TEVA PHARMACEUTICALS, INC. | ) ) |
| Defendant. | ) ) ) ) ) |

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Adverio Pharma GmbH, Bayer AG, MSD Pharma GmbH, and Merck, Sharp & Dohme LLC (collectively, "Plaintiffs") and Defendant Teva Pharmaceuticals, Inc. ("Teva"), hereby stipulate and agree that Plaintiffs' action against Teva and Teva's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against Teva and all claims and defenses asserted by Teva against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

Respectfully submitted,

/s/ Daniel M. Silver
Daniel M. Silver (No. 4578)
Alexandra M. Joyce (No. 6423)
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs Adverio Pharma GmbH, Bayer AG, MSD Pharma GmbH and Merck Sharp & Dohme LLC*

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
Virginia K. Lynch (No. 7423)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
glynch@shawkeller.com

*Attorneys for Defendant Teva Pharmaceuticals, Inc.*

Dated: December 17, 2025

SO ORDERED, this 18th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE