# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, AND MERCK SHARP & DOHME LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, AND HETERO USA INC.,<br><br>Defendants. | C.A. No. 25-479-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE on February 6, 2026, pursuant to Court's Scheduling Order (D.I. 25), Defendant Changzhou Pharmaceutical Factory served its Initial Disclosures Pursuant to Delaware Default Standard For Discovery, Paragraph 4(b) on the following counsel of record for Plaintiffs via electronic mail:

Daniel M. Silver
Alexandra M. Joyce
**MCCARTER & ENGLISH, LLP**
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Dov P. Grossman
Stanley E. Fisher
Kathryn S. Kayali
Chorong Song
Anna Searle
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW,
Washington, DC 20024
(202) 434-5000
dgrossman@wc.com
sfisher@wc.com
kkayali@wc.com
csong@wc.com
asearle@wc.com

Dated: February 6, 2026

                                                   **SMITH, KATZENSTEIN & JENKINS LLP**

                                                   */s/ Daniel A. Taylor*
                                                   Neal C. Belgam (No. 2721)
                                                   Daniel A. Taylor (No. 6934)
                                                   1000 N. West Street, Suite 1501
                                                   Wilmington, DE 19801
                                                   (302) 652-8400
                                                   nbelgam@skjlaw.com
                                                   dtaylor@skjlaw.com

                                                   *Attorneys for Defendant Changzhou*
                                                   *Pharmaceutical Factory*