## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC,<br><br>                                  Plaintiffs,<br><br>v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC.,<br>                                  Defendants. | C.A. No. 25-479-GBW |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that, on February 6, 2026, a copy of Defendants Torrent

Pharmaceuticals Ltd. and Torrent Pharma Inc.'s Production Pursuant to Paragraph 4(b) of the

Delaware Default Standard for Discovery was served on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

Dove P. Grossman
Stanley E. Fisher
Kathryn S. Kayali
Chorong Song
Anna Searle
Williams & Connolly LLP
680 Maine Avenue SW

Washington, DC 20024
dgrossman@wc.com
sfisher@wc.com
kkayali@wc.com
csong@wc.com
asearle@wc.com

Dated:  February 6, 2026

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ Megan C. Haney*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

*Attorneys for Defendants Torrent Pharmaceuticals
Ltd. and Torrent Pharma Inc.*