IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC.,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 25-479-GBW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 6, 2026, a true and correct copy of Defendants Annora Pharma Private Limited and Hetero USA, Inc.'s Production Pursuant to Paragraph 4(b) of the Delaware Default Standard for Discovery was served on the following counsel of record for Plaintiffs by email:

| | |
|---|---|
| Daniel M. Silver<br>Alexandra M. Joyce<br>MCCARTER & ENGLISH LLP<br>Renaissance Centre<br>405 N. King St., 8th Floor<br>Wilmington, DE 19801<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | Dov P. Grossman<br>Stanley E. Fisher<br>Kathryn S. Kayali<br>Anna Searle<br>Chorong Song<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue, SW<br>Washington, DC 20024<br>dgrossman@wc.com<br>sfisher@wc.com<br>kkayali@wc.com<br>asearle@wc.om<br>csong@wc.com |

| | |
|---|---|
| Dated: February 9, 2026 | Respectfully submitted,<br><br>/s/ Kaan Ekiner<br>Kaan Ekiner (#5607)<br>COZEN O'CONNOR<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com<br><br>*Attorneys for Defendants Annora Pharma Private Limited and Hetero USA, Inc.* |
| *Of Counsel*:<br><br>W. Blake Coblentz<br>Aaron S. Lukas<br>COZEN O'CONNOR<br>2001 M Street, N.W., Suite 500<br>Washington, DC 20036<br>(202) 912-4800<br>wcoblentz@cozen.com<br>alukas@cozen.com<br><br>Keri L. Schaubert<br>COZEN O'CONNOR<br>3 WTC, 175 Greenwich Street, 55th Floor<br>New York, NY 10007<br>(212) 509-9400<br>kschaubert@cozen.com<br><br>Madison H. McNulty<br>Anna Pedraza<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>(215) 665-2000<br>mmcnulty@cozen.com<br>apedraza@cozen.com | |