# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC,<br><br>                Plaintiffs,<br><br>v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC.,<br>                Defendants. | C.A. No. 25-479-GBW |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to D. Del. LR 83.7, Megan C. Haney of Phillips, McLaughlin & Hall, P.A. hereby withdraws as counsel for Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc. (collectively "Defendants"). Defendants will continue to be represented by John C. Phillips, Jr. of Phillips, McLaughlin & Hall, P.A. and ArentFox Schiff LLP.

Dated: February 19, 2026
                                        PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                        */s/ Megan C. Haney*
                                        John C. Phillips, Jr. (#110)
                                        Megan C. Haney (#5016)
                                        1200 North Broom Street
                                        Wilmington, DE 19806
                                        (302) 655-4200
                                        jcp@pmhdelaw.com
                                        mch@pmhdelaw.com

                                        *Attorneys for Defendants Torrent Pharmaceuticals*
                                        *Ltd. and Torrent Pharma Inc.*