# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC,<br><br>          Plaintiffs,<br><br>v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TEVA PHARMACEUTICALS, INC., TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, MSN PHARMACEUTICALS, INC., ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC.,<br><br>          Defendants. | C.A. No. 25-479-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on April 17, 2026, a copy of Defendants' Joint Initial

Invalidity Contentions was served on the following counsel via email:

Daniel M. Silver
Alexandra M. Joyce
McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

Dove P. Grossman
Stanley E. Fisher
Kathryn S. Kayali
Chorong Song
Anna Searle
Williams & Connolly LLP
680 Maine Avenue SW
Washington, DC 20024
dgrossman@wc.com

sfisher@wc.com
kkayali@wc.com
csong@wc.com
asearle@wc.com

Dated:  April 20, 2026                              PHILLIPS, MCLAUGHLIN & HALL, P.A.

                                                    /s/ David A. Bilson
                                                    John C. Phillips, Jr. (#110)
                                                    David A. Bilson (#4986)
                                                    1200 North Broom Street
                                                    Wilmington, DE 19806
                                                    (302) 655-4200
                                                    jcp@pmhdelaw.com
                                                    dab@pmhdelaw.com

                                                    *Attorneys for Defendants Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc.*

                                                    2