## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

ADVERIO PHARMA GMBH, BAYER AG,   )
MSD PHARMA GMBH, and MERCK   )
SHARP & DOHME LLC,   )
  )
      Plaintiffs,   )
  )   C.A. No. 25-479-GBW
      v.   )
  )
ANNORA PHARMA PRIVATE LIMITED,   )
and HETERO USA INC.,   )
  )
      Defendant.   )
  )
  )

## STIPULATION OF DISMISSAL

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs

Adverio Pharma GmbH, Bayer AG, MSD Pharma GmbH, and Merck Sharp & Dohme LLC

(collectively, "Plaintiffs") and Defendants Annora Pharma Private Limited and Hetero USA Inc.

(collectively, "Annora"), hereby stipulate and agree that Plaintiffs' action against Annora and

Annora's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against

Annora and all claims and defenses asserted by Annora against Plaintiffs, are hereby dismissed

with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

Dated: May 27, 2026

MCCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Dove P. Grossman
Stanley E. Fisher
Kathryn S. Kayali
Anna Searle
Chorong Song
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW,
Washington, DC 20024
(202) 434-5000
dgrossman@wc.com
sfisher@wc.com
kkayali@wc.com
asearle@wc.com
csong@wc.com

*Attorneys for Plaintiffs*

Respectfully submitted,

COZEN O'CONNOR

/s/ Kaan Ekiner
Kaan Ekiner (#5607)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Of Counsel*:

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, N.W., Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

Madison H. McNulty
Anna Pedraza Beck
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
mmcnulty@cozen.com
apedraza@cozen.com

*Attorneys for Defendants Annora Pharma
Private Limited and Hetero USA, Inc.*

SO ORDERED this 28th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE