AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been
filed in the U.S. District Court _____ for the District of Delaware _____ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>25CV479-GBW | DATE FILED<br>4/18/2025 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>ADVERIO PHARMA GMBH, BAYER AG,<br>MSD PHARMA GMBH, and MERCK SHARP & DOHME<br>LLC | | DEFENDANT<br>CHANGZHOU PHARMACEUTICAL FACTORY, ET AL. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,420,656 | 4/16/2013 | Adverio Pharma GMBH |
| 2 | 8,921,377 | 12/30/2014 | Adverio Pharma GMBH |
| 3 | 9,604,948 | 3/28/2017 | Adverio Pharma GMBH |
| 4 | 9,993,476 | 6/12/2018 | Adverio Pharma GMBH |
| 5 | 10,736,896 | 8/11/2020 | Adverio Pharma GMBH |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT | SEE ATTACHED |
|---|---|

| CLERK<br>/S/ Randall Lohan | (BY) DEPUTY CLERK | DATE<br>5/28/2026 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

1 of 2

[Print]    [Save As...]    [Reset]

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Delaware___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>25CV479-GBW | DATE FILED<br>4/18/2025 | U.S. DISTRICT COURT<br>for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>ADVERIO PHARMA GMBH, BAYER AG,<br>MSD PHARMA GMBH, and MERCK SHARP & DOHME<br>LLC | | DEFENDANT<br>CHANGZHOU PHARMACEUTICAL FACTORY, ET AL. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 11,439,642 | 9/13/2022 | Adverio Pharma GMBH |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | |
|---|---|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT | SEE ATTACHED |
|---|---|

| CLERK<br>/S/ Randell Lothan | (BY) DEPUTY CLERK | DATE<br>5/28/2026 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

2 of 2

[ Print ]   [ Save As... ]   [ Reset ]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ANNORA PHARMA PRIVATE LIMITED, and HETERO USA INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 25-479-GBW |

**STIPULATION OF DISMISSAL**

Pursuant to Rules 41(a)(l) and 41(c) of the Federal Rules of Civil Procedure, Plaintiffs Adverio Pharma GmbH, Bayer AG, MSD Pharma GmbH, and Merck Sharp & Dohme LLC (collectively, "Plaintiffs") and Defendants Annora Pharma Private Limited and Hetero USA Inc. (collectively, "Annora"), hereby stipulate and agree that Plaintiffs' action against Annora and Annora's action against Plaintiffs, including all claims and defenses asserted by Plaintiffs against Annora and all claims and defenses asserted by Annora against Plaintiffs, are hereby dismissed with prejudice. All parties shall bear their own costs, disbursements and attorneys' fees.

Dated: May 27, 2026

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

OF COUNSEL:

Dove P. Grossman
Stanley E. Fisher
Kathryn S. Kayali
Anna Searle
Chorong Song
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW,
Washington, DC 20024
(202) 434-5000
dgrossman@wc.com
sfisher@wc.com
kkayali@wc.com
asearle@wc.com
csong@wc.com

*Attorneys for Plaintiffs*

Respectfully submitted,

COZEN O'CONNOR

*/s/ Kaan Ekiner*
Kaan Ekiner (#5607)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

*Of Counsel:*

W. Blake Coblentz
Aaron S. Lukas
COZEN O'CONNOR
2001 M Street, N.W., Suite 500
Washington, DC 20036
(202) 912-4800
wcoblentz@cozen.com
alukas@cozen.com

Keri L. Schaubert
COZEN O'CONNOR
3 WTC, 175 Greenwich Street, 55th Floor
New York, NY 10007
(212) 509-9400
kschaubert@cozen.com

Madison H. McNulty
Anna Pedraza Beck
COZEN O'CONNOR
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
(215) 665-2000
mmcnulty@cozen.com
apedraza@cozen.com

*Attorneys for Defendants Annora Pharma
Private Limited and Hetero USA, Inc.*

SO ORDERED this 28th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE