## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CHANGZHOU PHARMACEUTICAL FACTORY, TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, and MSN PHARMACEUTICALS, INC., <br><br> Defendants. | C.A.  No.  25-479-GBW |

### STIPULATION AND [PROPOSED] ORDER REGARDING CLAIM CONSTRUCTION

WHEREAS, the Scheduling Order entered in this case, D.I. 50, sets forth a schedule for claim construction briefing, and the *Markman* hearing is currently set for December 10, 2026 at 2:00 pm;

WHEREAS, the parties exchanged claim terms and proposed constructions in accordance with the Scheduling Order, and have conferred and reached an agreement on the claim terms at issue; and

WHEREAS, the parties agree that no terms of any of U.S. Patent Nos. 8,420,656 ("the '656 patent"), 8,921,377 ("the '377 patent"),  9,604,948 ("the '948 patent"), 9,993,476 ("the '476 patent"), 10,736,896 ("the '896 patent"), 11,439,642 ("the '642 patent") (collectively, "the Asserted Patents") require construction by the Court at this time, *i.e.*, the parties are not proposing competing constructions for any terms;

1

ME1\61338006.v1

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Adverio Pharma GmBH ("Adverio"), Bayer AG ("Bayer"), MSD Pharma GmbH ("MSD Pharma"), and Merck Sharp & Dohme LLC ("Merck LLC") (collectively, "Plaintiffs"), and Defendants Changzhou Pharmaceutical Factory ("Changzhou"), Torrent Pharmaceuticals Ltd. and Torrent Pharma Inc. (collectively, "Torrent"), and MSN Laboratories Private Limited and MSN Pharmaceuticals, Inc. (collectively, "MSN") (Defendant entities are referred to collectively as "Defendants"), that:

1.      The Scheduling Order (D.I. 50) shall be amended to remove the following deadlines and the Claim Construction Hearing from the Court's calendar:

| Event | Deadline |
|---|---|
| Joint Claim Construction Chart | June 5, 2026 |
| Opening Claim Construction Brief | July 10, 2026 |
| Answering Claim Construction Brief | August 7, 2026 |
| Reply Claim Construction Brief | September 4, 2026 |
| Sur-Reply Claim Construction Brief | October 2, 2026 |
| Joint Claim Construction Brief | October 16, 2026 |
| Claim Construction Hearing | December 10, 2026 at 2:00 pm |

2.      In light of the requested cancellation of the claim construction deadlines, including the joint claim construction chart, the parties wish to memorialize their agreed-upon constructions as set forth below, which would have otherwise been presented in a joint claim construction chart:

2

| Claim Term | Parties' Agreed Construction |
|---|---|
| "peak maxim[um] of the 2 theta angle"<br><br>'948 patent, claims 1, 2 | Plain and ordinary meaning, which is:<br><br>"the 2 theta angle corresponding to the maximum intensity value of a peak in an x-ray diffractogram"<br><br>The parties agree that the peak maxima values recited in the claims were measured subject to a margin of error and that the determination of infringement should be subject to a margin of error.  Subject to the Court's approval, the parties have agreed to reserve the question of what the appropriate margin of error should be for expert discovery and resolution by the Court at trial. |
| "band maxim[um]"<br><br>'948 patent, claims 3,4 | Plain and ordinary meaning, which is:<br><br>"the wavenumber corresponding to the maximum absorption value of a band in an IR spectrum"<br><br>The parties agree that the band maxima values recited in the claims were measured subject to a margin of error and that the determination of infringement should be subject to a margin of error.  Subject to the Court's approval, the parties have agreed to reserve the question of what the appropriate margin of error should be for expert discovery and resolution by the Court at trial. |

ME1\61338006.v1

DATED: June 5, 2026

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | MORRIS JAMES LLP |

*/s/ Alexandra M. Joyce*

Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Dov P. Grossman
Stanley E. Fisher
Kathryn S. Kayali
Anna Searle
Chorong Song
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW,
Washington, DC 20024
(202) 434-5000
dgrossman@wc.com
sfisher@wc.com
kkayali@wc.com
asearle@wc.com
csong@wc.com

*Attorneys for Plaintiffs*

*/s/ Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
302-888-6855
kdorsney@morrisjames.com
chitch@morrisjames.com

Kristin M. Beale
Elaine Herrmann Blais
Srikanth K. Reddy
Eric T. Romeo
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1592
kbeale@goodwinlaw.com
eblais@goodwinlaw.com
sreddy@goodwinlaw.com
eromeo@goodwinlaw.com

Kelly Grosshuesch
GOODWIN PROCTER LLP
1900 N. Street NW
Washington, DE 20036
(202) 346-4096
kgrosshuesch@goodwinlaw.com

Amy Tso
GOODWIN PROCTER LLP
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
(213) 426-2593
atso@goodwinlaw.com

*Attorneys for Defendants*
*MSN Laboratories Private Limited*
*and MSN Pharmaceuticals, Inc.*

4

PHILLIPS, MCLAUGHLIN & HALL, P.A.

*/s/ John C. Phillips*
John C. Phillips, Jr. (#110)
Megan C. Haney (#5016)
1200 N. Broom St
Wilmington, DE 19806
302-655-4200
jcp@pmhdelaw.com
mch@pmhdelaw.com

Sailesh K. Patel
Helen H. Ji
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
(312) 258-5500
sailesh.patel@afslaw.com
helen.ji@afslaw.com

Saukshmya Trichi
ARENTFOX SCHIFF LLP
1717 k. St. NW
Washington, DC 2006
(202) 857-6000
saukshmya@trichi@afslaw.com

*Attorneys for Defendants*
*Torrent Pharmaceuticals Ltd.*
*and Torrent Pharma Inc.*

SMITH, KATZENSTEIN & JENKINS LLP

*/s/ Daniel Taylor*
Neal C. Belgam (#2721)
Daniel Taylor (#6934)
1000 N. West Street, Suite 1501
Wilmington, DE 19899-0410
302-504-1681
nbelgam@skjlaw.com
dtaylor@skjlaw.com

H. Howard Wang
RIMON, P.C.
100 Overlook Center, 2nd Flr.
Princeton, NJ 08540
(609) 931-4994
howard.wang@rimonlaw.com

*Attorneys for Defendant*
*Changzhou Pharmaceutical Factory*

IT IS SO ORDERED this _____ day of _____, 2026

_____
United States District Judge

ME1\61338006.v1