## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, and MSN PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 1:25-cv-00479-GBW |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents:

**DEFENDANTS MSN LABORATORIES PRIVATE LIMITED AND MSN PHARMACEUTICALS, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES TO DEFENDANTS (NOS. 1-8)**

**DEFENDANTS MSN LABORATORIES PRIVATE LIMITED AND MSN PHARMACEUTICALS, INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION TO DEFENDANTS (NOS. 1-73)**

were served upon the attorneys listed below via electronic mail on this 11th day of June, 2026

prior to 5:00 p.m. Eastern:

Daniel Silver
Alexandra Joyce
MCCARTER & ENGLISH LLP
405 N. King Street, 8th Floor
Wilmington, DE 19801
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

Dov P. Grossman
Stanley E. Fisher
Kathryn S. Kayali
Anna Searle
Chorong Song
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW,
Washington DC 20024
agrossman@wc.com
sfisher@wc.com
kkayali@wc.com
asearle@wc.com
csong@wc.com

*Attorneys for Plaintiffs*

Dated: June 11, 2026

/s/ *Kenneth L. Dorsney*
Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*MSN Laboratories Private Limited and*
*MSN Pharmaceuticals, Inc.*

2