**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CHANGZHOU PHARMACEUTICAL FACTORY, TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, and MSN PHARMACEUTICALS, INC. <br><br> Defendants. | C.A.  No. 25-479-GBW |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that a true and correct copy of **Plaintiffs'**

**Objections and Responses to Defendants' First Set of Common Interrogatories to Plaintiffs**

**(Nos. 1-5)** was caused to be served on July 20, 2026, on the following counsel in the manner

indicated:

**VIA EMAIL:**
Neal C. Belgam
Daniel Taylor
SMITH, KATZENSTEIN & JENKINS LLP
1000 N. West Street
PO Box 410
Suite 1501
Wilmington, DE 19899-0410
302-504-1681
nbelgam@skjlaw.com
dtaylor@skjlaw.com

1

H. Howard Wang
RIMON, P.C.
100 Overlook Center, 2nd Flr.
Princeton, NJ 08540
(609) 931-4994
howard.wang@rimonlaw.com

*Attorneys for Defendant Changzhou Pharmaceutical Factory*

John C. Phillips , Jr.
David A. Bilson
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 N. Broom St
Wilmington, DE 19806
302-655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Sailesh K. Patel
Helen H. Ji
ARENTFOX SCHIFF LLP
233 S. Wacker Dr., Suite 7100
Chicago, IL 60606
(312) 258-5500
sailesh.patel@afslaw.com
helen.ji@afslaw.com

Saukshmya Trichi
ARENTFOX SCHIFF LLP
1717 k. St. NW
Washington, DC 2006
(202) 857-6000
saukshmya@trichi@afslaw.com

*Attorneys for Defendants Torrent Pharmaceuticals Ltd.*
*and Torrent Pharma Inc.*

Kenneth Laurence Dorsney
Cortlan S. Hitch
MORRIS JAMES LLP
3205 Avenue North Boulevard
Suite 100
Wilmington, DE 19803
302-888-6855
kdorsney@morrisjames.com
chitch@morrisjames.com

2

ME1\61634960.v1

Kristin M. Beale
Elaine Herrmann Blais
Srikanth K. Reddy
Eric T. Romeo
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1592
kbeale@goodwinlaw.com
eblais@goodwinlaw.com
sreddy@goodwinlaw.com
eromeo@goodwinlaw.com

Kelly Grosshuesch
GOODWIN PROCTER LLP
1900 N. Street NW
Washington, DE 20036
(202) 346-4096
kgrosshuesch@goodwinlaw.com

Amy Tso
GOODWIN PROCTER LLP
601 South Figueroa Street, Suite 4100
Los Angeles, CA 90017
(213) 426-2593
atso@goodwinlaw.com

*Attorneys for Defendants MSN Laboratories Private Limited
and MSN Pharmaceuticals, Inc.*

3

ME1\61634960.v1

DATED: July 20, 2026

OF COUNSEL:

Dove P. Grossman
Stanley E. Fisher
Kathryn S. Kayali
Anna Searle
Chorong Song
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW,
Washington, DC 20024
(202) 434-5000
dgrossman@wc.com
sfisher@wc.com
kkayali@wc.com
asearle@wc.com
csong@wc.com

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*

4

ME1\61634960.v1