**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADVERIO PHARMA GMBH, BAYER AG, MSD PHARMA GMBH, and MERCK SHARP & DOHME LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHANGZHOU PHARMACEUTICAL FACTORY, TORRENT PHARMACEUTICALS LTD., TORRENT PHARMA INC., MSN LABORATORIES PRIVATE LIMITED, and MSN PHARMACEUTICALS, INC.,<br><br>Defendants. | C.A. No. 1:25-cv-00479-GBW |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following:

**DEFENDANTS MSN LABORATORIES PRIVATE LIMITED AND MSN PHARMACEUTICALS, INC.'S ANDA SAMPLES**

were served upon the persons listed below via FedEx on the 28th day of July, 2026:

Leonard J. Chyall, Ph.D.
Chyall Pharma
1281 Win Hentschel Blvd., Suite 1565
West Lafayette, Fair Field IN 47906

Dated: September 3, 2026

/s/ *Kenneth L. Dorsney*

Kenneth L. Dorsney (#3726)
Cortlan S. Hitch (#6720)
MORRIS JAMES LLP
3205 Avenue North Boulevard, Suite 100
Wilmington, DE 19803
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

*Attorneys for Defendants*
*MSN Laboratories Private Limited and*
*MSN Pharmaceuticals, Inc.*